UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BROADWAY REALTY I CO., LLC *et al.*,<br><br>Debtors. | 25 Civ. 8931 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' designation and counter designation of the bankruptcy

record on appeal. Dkts. 3–4. The Court sets the following briefing schedule:

- Appellant's opening brief is due January 7, 2026.

- Appellee's opposition is due February 4, 2026.

- Appellant's reply, if any, is due February 18, 2026.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 9, 2025
   New York, New York