The Kantrow Law Group, PLLC
Attorneys for Sheyne Hendricks
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SHAYNE HENDRICKS,

        APPELLANT,

                  Case No. 25-cv-8931-pae

  -against-

BROADWAY REALTY I CO., LLC, et al,

        APPELLEES.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                )
COUNTY OF SUFFOLK    )

       Fred S. Kantrow, being duly sworn deposes and states that I am over the age of 18 years, not a party to this action and reside in Smithtown, New York.

       That on the 31st day of December, 2025, I served **BRIEF FOR THE APPELLANT** upon Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 via First Class Mail by placing same in a postage pre-paid, properly addressed envelope, and depositing same into a mailbox under the exclusive care and control of the United States Postal Service.

                                               S/Fred S. Kantrow
                                               Fred S. Kantrow

Sworn to before me on this
2nd day of January 2026

S/Carolyn Rose Iraci
Carolyn Rose Iraci
Notary Public State of New York
Qualified in Suffolk County
No. 01IR6371780
Comm. Exp. 3/5/26