**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re:

BROADWAY REAL TY I CO., LLC.

25 **CIVIL** 8931 (PAE)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2026, the Court affirms the ruling of the Bankruptcy Court; accordingly, the case is closed.

**Dated:** New York, New York
September 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Duhl

**Deputy Clerk**